JOHN TERRY V. THE STATE.

No. 8993.   Delivered December 3, 1924.

Rehearing denied January 16, 1925.

Transporting Intoxicating Liquor.

   No bills of exception nor statement of facts appearing in the record, the cause is affirmed.

   Appeal from the District Court of Wise County.   Tried below before the Hon. F. O. McKensie, Judge.
   Appeal from a conviction for transporting intoxicating liquor; penalty, one year in the penitentiary.

   No brief filed for appellant.

   *Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

   HAWKINS, JUDGE.—Appellant entered his plea of guilty to a charge of unlawfully transporting intoxicating liquor and upon said plea he was convicted and his punishment assessed by the jury at confinement in the penitentiary for one year.
   There are no bills of exception in the record and no statement of facts accompanies the same.   The indictment appears regular.
   In this condition of the record nothing is presented for review, and the judgment is ordered affirmed.

                                          *Affirmed.*